RECEIVED

OCT 0 9 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

THOMAS A. MCCARTNEY  DOCKET NO. 14-CV-230; SEC. P
LA. DOC. #569174

VERSUS  JUDGE STAGG

TIM KEITH  MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 8th day of October, 2014.

TOM STAGG
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA